UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:17-cr-02-HSM-SKL |
| | ) |
| LAMICHAEL SHAUNTELL TATUM | ) |

## **MEMORANDUM AND ORDER**

LAMICHAEL SHAUNTELL TATUM ("Defendant") appeared for a hearing on April 25, 2017, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Attorney Martin Lester was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be released on conditions pending his revocation hearing before U.S. District Judge Mattice. A separate order of release has been entered [Doc. 8]. Defendant waived his right to a preliminary hearing.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petition.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge Mattice a proposed Agreed Order with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge Mattice.

(3) If an agreement has not been reached by May 15, 2017 with respect to an appropriate disposition of the Petition, a status conference shall be held before U.S. Magistrate Judge Susan K. Lee on May 15, 2017 at 2:00 p.m. [EASTERN] in Courtroom 4.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE